UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN W. FITZGERALD,<br><br>Defendant. | No. 2:16-CR-028-JLQ-3<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

Before the Court is Defendant's Motion to Modify Pretrial Release Condition No. 14, ECF No. 70. Defendant seeks to be able to travel throughout the State of Washington, Idaho, Western Montana and Oregon for employment purposes only. Both the United States and Defendant's supervising U.S. Probation Officer defer to the Court on the request.

**IT IS ORDERED** that the Defendant's Motion, **ECF No. 70,** is **GRANTED**. Condition No. 14 is modified as follows:

**(14)   Defendant may travel throughout the State of Washington, Idaho, Montana west of Helena, and Oregon for employment purposes only.  Prior to travel, Defendant shall notify the U.S. Probation Office of his departure and his contact information.**  When not travelling for employment purposes, Defendant shall remain in the Eastern District of Washington while the case is pending.  By timely motion clearly stating whether opposing counsel and Pretrial Services object

ORDER - 1

1   to the request, Defendant may be permitted to travel outside this geographical area.

2   **IT IS SO ORDERED.**

3   DATED July 19, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2