1

2

3

4                    UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF WASHINGTON

6

7    UNITED STATES OF AMERICA,

8           Plaintiff,                    NO. 2:16-CR-00028-JLQ-3

                                          ORDER GRANTING MOTION TO
9           v.                            MODIFY

10

11   SHAWN W. FITZGERALD,

12          Defendant.

13       BEFORE THE COURT is Defendant's "Second Motion to Modify Pretrial Release

14   Condition No. 14" (ECF No. 117), which seeks permission to travel outside this District

15   for the purposes of employment.  Defendant contends the modification will allow him to

16   drive additional routes and earn additional income that he will put towards restitution.

17   The Motion is supported by a letter from Defendant's employer.  The Motion states that

18   neither the supervising Probation Officer, or the Government, oppose the request for

19   modification.

20       **IT IS HEREBY ORDERED**:

21       1.  Defendant's Motion to Modify (ECF No. 117) is **GRANTED**.

22       2.  Condition No. 14 is modified to now read: Defendant may travel throughout the

23   State of Washington, Idaho, Montana, and Oregon for employment purposes only.  When

24   not traveling for employment purposes, Defendant shall remain in the Eastern District of

25   Washington.  If Defendant seeks additional changes in his release conditions he shall

26

ORDER - 1

1 | submit a timely motion which clearly states whether opposing counsel and Pretrial Service

2 | object to the request after prior notice.

3 |     3.  All other conditions of release imposed by Magistrate Judge Rodgers remain as

4 | previously set and Defendant shall comply with all conditions.

5 |     **IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish

6 | copies to counsel.

7 |     **DATED** this 12th day of September, 2016.

8 |                         s/ Justin L. Quackenbush
                            JUSTIN L. QUACKENBUSH
9 |            SENIOR UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2